NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE CHARLES W. WILLIAMS,**
*Appellant*

---

2014-1486

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/184,167.

---

## JUDGMENT

---

WILLIAM S. MORRISS, Frost Brown Todd LLC, Cincinnati, OH, argued for appellant.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. Also represented by, NATHAN K. KELLEY, LORE A. UNT, MOLLY R. SILFEN, THOMAS W. KRAUSE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 11, 2015
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court